UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DENNIS HUMLIN, *on behalf of himself and all others*                    :
*similarly situated*,                                                   :
                                                                        :
                           Plaintiff,                                   :     25-CV-1406 (JMF)
                                                                        :
            -v-                                                         :     ORDER
                                                                        :
HEX NYC, LLC,                                                           :
                                                                        :
                           Defendant.                                   :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: February 21, 2025
      New York, New York

                                                      JESSE M. FURMAN
                                                United States District Judge