UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS SUMLIN, on behalf of himself and all others similarly situated,

          Plaintiff,

-v-

HEX NYC, LLC,

          Defendant.

CIVIL ACTION NO. 25 Civ. 1406 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's response to the Complaint was due on April 14, 2025. (ECF No. 7). Defendant has not responded or otherwise appeared in this action. Accordingly, on or before **April 25, 2025**, Plaintiff shall initiate default judgment proceedings against Defendant.

Dated:    New York, New York
          April 17, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**