UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DENNIS SUMLIN, on behalf of himself and all    :      Case no. 1:25-cv-1406-JMF-SLC
others similarly situated,

                        :

          Plaintiffs,        :

                        :      <u>JUDGEMENT</u>

          v.          :

                        :

Hex NYC, LLC,              :

                        :

          Defendant.        :

                        :

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

This action having been commenced on February 19, 2025, by the filing of a Complaint and Summons, and a copy of the Complaint and Summons having been properly served on Defendant on March 22, 2025, and proof of service having been filed on March 28, 2025, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED, AND DECREED:**

A. Defendant violated Plaintiffs' rights under 1) Title III of the Americans with Disabilities Act, 42 U.S.C. 12181, et Seq., ("ADA"), 2) New York State Human Rights Law pursuant to N.Y. Exec. Law Article 15 ("NYSHRL"), 3) New York State Civil Rights Law, NY CLS Civ R, Article 4 (CLS Civ R §40 et seq.) (the "NYCRL"), and 4) New York Human Rights Law, N.Y.C. Administrative Code §8-102, et seq.

B. Defendant is to bring its website, www.Hexnyc.com, into compliance and make the same readily accessible to, and usable by, visually-impaired individuals, on or before June 24, 2025.

7

C. ~~Defendant is enjoined from making its website, www.Hexnyc.com, available to the public until the Defendant brings the Website into compliance and make the same readily accessible to, and usable by, blind and visually impaired individuals;~~

D. Defendant is enjoined from circumventing this Judgment by creating new URL's to host its online business;

E. Defendant is to pay Plaintiffs ~~$1,500.00 in compensatory damages, as permitted by law representing~~ $1,000 in compensatory damages under the NYSHRL and NYCHRL ~~and $500 in statutory damages under the NYSCRL~~; issuing an injunction pursuant to the ADA, ordering Defendant ~~Parched Hospitality Group, Inc.~~ Hex NYC, LLC to provide access to the website in Compliance with the ADA and the WCAG 2.1; and requiring Defendant to submit to Plaintiff's Counsel within sixty (60) days.

F. Plaintiff shall file any motion for fees and costs - supported by applicable authority and contemporaneous billing records by May 27, 2025; any opposition shall be filed by June 3, 2025; no reply may be filed without prior leave of court.

Dated: ~~Brooklyn,~~ New York

The Clerk of Court is directed to close this case.

_____

May 21, 2025

_____
UNITED STATES DISTRICT JUDGE

8